BLEFELD & GOODFRIEND, INC. v. UNITED STATES

No. 4677.—Invoices dated Kobe, Japan, January 25, 1937, etc.
Entered at New York March 2, 1937, etc.
Entry No. 828802, etc.

(Decided November 9, 1939)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

BROWN, Judge: The appeals to reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon stipulation of counsel for the parties hereto.

In harmony with the stipulation, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such values are as follows:

| Item No. | Crystal | Crystal and Amber |
|---|---|---|
| 2088 | Invoice price | Invoice price plus 5%. |
| 2089 | Invoice price | Invoice price plus 5%. |
| 2090 | Invoice price | Invoice price plus 5%. |
| 2091 | 19 yen per gross | 19 yen per gross plus 5%. |
| 2093 | 19.80 yen per gross | 19.80 yen per gross plus 5%. |

As to any other merchandise involved, I find the dutiable values to be the values found by the appraiser. Judgment will be rendered accordingly.